THE HONORABLE MARSHA J. PECHMAN
MAGISTRATE JUDGE MARY ALICE THEILER

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| RAMONE ECHOLS,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>JOHN GAY,<br><br>　　　　　Respondent. | NO. C07-0483-MJP-MAT<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO PETITION FOR HABEAS CORPUS [~~PROPOSED~~] |

The Court, having reviewed the record and Respondent's Motion for Extension of Time to File Response; does hereby find and **ORDER**:

　　1.　Respondent's Motion is **GRANTED**.

　　2.　The Clerk of the Court is instructed to send uncertified copies of this Order to Petitioner and counsel for Respondent.

　　DATED this <u>20th</u> day of June, 2007.

　　　　　　　　　　　　　　<u>s/ Mary Alice Theiler</u>
　　　　　　　　　　　　　　United States Magistrate Judge

Presented By:

ROBERT M. MCKENNA
Attorney General

/s/ Donna H. Mullen
DONNA H. MULLEN, WSBA #23542
Assistant Attorney General

ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO PETITION FOR HABEAS CORPUS [~~PROPOSED~~]
NO. C07-0483-MJP-MAT

1

**ERROR! AUTOTEXT ENTRY NOT DEFINED.**