```
         FILED      ENTERED
         LODGED     RECEIVED

         OCT - 9 2007
             AT SEATTLE
        CLERK U.S. DISTRICT COURT
      WESTERN DISTRICT OF WASHINGTON
      BY                       DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAMONE ECHOLS, | CASE NO.: C07-0483-MJP |
| Petitioner, | |
| v. | ORDER DENYING PETITIONER'S HABEAS PETITION WITH PREJUDICE |
| JOHN GAY, | |
| Respondent. | |

The Court, having reviewed petitioner's petition for writ of habeas corpus, respondent's motion to dismiss, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's habeas petition and this action are DISMISSED, with prejudice; and,

(3) The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to Judge Theiler.

DATED this 9 day of Oct., 2007.

MARSHA J. PECHMAN
United States District Judge

ORDER DENYING PETITIONER'S
HABEAS PETITION WITH PREJUDICE
PAGE -1



07-CV-00483-ORD